U.S. District Court House



Robert Garland

1501 N. Oracle Rd. Apt #917

Tucson, AZ 85705

Civil Case No. CV-21-00397-TUC-RCC

Civil Complaint                                   Class Action Lawsuit

PLAINTIFF:   ROBERT GARLAND

v.

DEFENDANT: Denise Lopez

Civil and Criminal Complaint

Denise Lopez has inquired with other tenants to come against me to hurt me or get me kicked out of apartment. I am currently on my second lease here at TH. Anything over a one-year lease proves my loyalty to this business.

Denise Lopez is a bad faith counselor. Her and I have a conflict of interest. The other residents have been violent with me and threatening. She has also gotten one or more stories about myself to get me evicted. She is also very racist.

I am siting the Fair Housing Act, Pain and Suffering, Civil Rights act of 1964, United States. I am requesting punitive damages for religious discrimination and harassment.

_____  Date: 10 4 2021

Signature

Robert Garland

1501 N. Oracle Rd. Apt #917

Tucson, AZ 85705

(C) Age discrimination

(D) I am disabled

(E) Tucson House has made up lies to attempt to have me removed from my home.

(F) Tucson House has on occasion allowed volunteer employees to spread vicious lies about my sexuality and created fake charges for rape to spread around the Tucson House Community.

(G) Tucson House attempted to invoke the Tucson Police Department to help spread rumors to the residents that "yes" I have been charged with rape cases.

(H) Churches have been asked to help plot the Community to tell lies that they know are untrue. Even after people realized they were lies they continued to spread lies on behalf of Tucson house.

(I) Management at Tucson House places unsubstantiated accusations so out of fear they tell other residents that he is a rapist and to watch out for him.

(J) Tucson House has utilized unauthorized surveillance equipment checking on birth records, personal identity, visitors and telling anyone who will listen and using employee and volunteer employees using person phones for photos.

(K) Having security tell any and all residents different lies.

(L) Tucson has maintenance employees to continue to share & spread rumors to other personnel affiliated with City of Tucson Housing.

(M) People all over the city are being encouraged to tell anyone who will listen that I should be killed.

# DEMAND FOR RELIEF  Protective Orders.

WHEREFORE, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

Religious Harassment

Bad Faith Landlord

Damage to reputation

Threat of homicide

Employees and Volunteer Employees were spreading false information

Fair Housing Act

Retaliation Claim

Identity theft

Breach of contract

Requesting punitive damages

Sexual harassment at resident's location

    Tucson House, Guards claiming I raped people

The City of Tucson, Tucson House, Police Department

Declaratory Judgement / Relief

Civil Rights Complaint

Class Action Lawsuit

Requesting Disclosure of Electronic recording

    Devices and list of employee names, from 2019 to present

Photocopy all documents, including confidential

Suing for $20 million, for negligent & damages

Malicious conduct

Pain and Suffering

Immediate Apartment Transfer