# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Garland,<br><br>       Plaintiff,<br><br>v.<br><br>Denise Lopez,<br><br>       Defendant. | NO. CV-21-00397-TUC-RCC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 1, 2021,  judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice for failure to comply with the Court's order.

January 14, 2022

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ A. Calderón
     Deputy Clerk